### MICHAEL KENNEDY *vs.* EDWARD A. LANGDON.

Berkshire.    September 12, 1877.    ENDICOTT & LORD, JJ., absent.

By the Gen. Sts. *c.* 115, § 7, no exception lies to a judgment of the Superior Court sustaining a motion to dismiss an action for want of proper service of the writ.

REPLEVIN.  In the Superior Court, on appeal, the defendant filed a motion to dismiss the action, on the ground, among others not material to be stated, that there had been no legal service of the writ upon the defendant.  *Bacon*, J., sustained the motion on all the grounds assigned; and the plaintiff alleged exceptions.

*J. Branning*, for the plaintiff.

*A. J. Waterman*, for the defendant, was not called upon.

BY THE COURT.  One ground of the judgment of the Superior Court, sustaining the motion to dismiss the action, was the insufficiency of the service of the writ.  Its decision upon that ground was final, and not a subject of exception.  Gen. Sts. *c.* 115, § 7.  *Smith* v. *Dexter*, 121 Mass. 597.  We need not therefore consider the other grounds assigned.

*Exceptions overruled*